UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA J. WINTER,<br><br>                              Plaintiff,<br><br>-against-<br><br>RICHARD FAY, ESQ.; ASHLEY M PASCUZZI ESQ.; ANTHONY ROONEY ESQ.; MOHAMED NJOUA; JUDGE THOMAS QUINONES, J.S.C.; TIMOTHY IDONI; G. JEFFREY RECORDS, JR.; SCOTT SMITH; TODD DOBSON; KEN CLARK; LAUREN EGER; MADISON GRASPO; SUSAN RICHARDSON,<br><br>                              Defendants. | 24-CV-7643 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 29, 2025, the Court dismissed the complaint and granted Plaintiff 30 days to replead her claims in an amended complaint. (ECF 7.) That order specified that failure to comply would result in dismissal of the complaint and entry of civil judgment. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Clerk of Court is directed to enter civil judgment dismissing this action.

SO ORDERED.

Dated:   May 27, 2025
        New York, New York

                                             /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge