UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA J. WINTER,<br><br>                                Plaintiff,<br><br>       -against-<br><br>RICHARD FAY, ESQ.; ASHLEY M PASCUZZI ESQ.; ANTHONY ROONEY ESQ.; MOHAMED NJOUA; JUDGE THOMAS QUINONES, J.S.C.; TIMOTHY IDONI; G. JEFFREY RECORDS, JR.; SCOTT SMITH; TODD DOBSON; KEN CLARK; LAUREN EGER; MADISON GRASPO; SUSAN RICHARDSON,<br><br>                                Defendants. | 25-cv-7643 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 27, 2025, order, this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 28, 2025
         New York, New York

                                                     /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge